# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:

Marina N Kastrati

Debtor

Case No.: 23-00286

Chapter: 13

Judge David D. Cleary

### NOTICE OF WITHDRAWAL OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY FILED ON 03/07/2025 AND ENTERED AS DOCKET ENTRY #34

TO:

Marilyn O Marshall, Chapter 13 Trustee, 224 South Michigan Ste 800, Chicago, IL 60604 by electronic notice through ECF
Marina N Kastrati, Debtor, 9354 Bay Colony Dr. #1S, Des Plaines, I L60016
David H Cutler, Attorney for Debtor, 4131 Main St., Skokie, IL 60076by electronic notice through ECF
Office of the U.S. Trustee, 219 S. Dearborn St., Room 873, Chicago, IL 60604 by electronic notice through ECF

Notice is hereby given that Creditor, Nations Direct Mortgage, LLC, ("Creditor") hereby withdraws its Motion for Relief from the Automatic Stay filed on 03/07/2025 as Docket Entry #34.

### PROOF OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice of Withdrawal upon the parties listed above, as to the Trustee and Debtor's attorney via electronic notice on April 25, 2025 and as to the Debtor by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527 before the hour of 5:00 PM on April 25, 2025.

/s/ Michael Kelleher
Attorney for Movant

Terri M. Long ARDC#6196966
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Berton J. Maley ARDC#6209399
Michael P. Kelleher ARDC#6198788
Kerrie S. Mattson-Neal ARDC#6270224
Juanita M. Deaver SBOT#24126385
Codilis & Associates, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
File No. 14-24-03228
NOTE: This law firm is a debt collector.